IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03388-MJW

COMPLETE ENTERTAINMENT RESOURCES, LLC, a Delaware Limited Liability Company d/b/a CrowdSurge,

Plaintiff,

v.

JAY BIANCHI, a resident of Colorado,
LITTLE PRINCE, LLC, a Colorado Limited Liability Company, and
DOES 1 - 10,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Request by Plaintiff Complete Entertainment Resources, LLC to Vacate Scheduling/Planning Conference and to Set Hearing for Default Judgment Proveup Against All Defaulted Defndants [sic] (Docket No. 14) is granted in part and denied in part as follows.  The motion is granted to the extent that the Scheduling Conference set on February 19, 2015, at 1:30 p.m. is VACATED in view of the Clerk's Entry of Default (see Docket No. 12).  The motion is denied with respect to the request for a hearing for default judgment.  Plaintiff shall forthwith file a motion for default judgment.

Date: February 3, 2015